IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANJANA A. DOSSA,

      Plaintiff,

vs.                                           Case No. 06-1263-JTM

MICHAEL B. DONLEY, Secretary,
Department of the Air Force,

      Defendant.

MEMORANDUM AND ORDER

This matter is before the court on plaintiff Anjana Dossa's Motion to Amend Alter Judgment, seeking reconsideration or revocation of the court's Order (Dkt. 74) granting summary judgment to the plaintiff.

A motion to reconsider may be granted to correct manifest errors, or in light of newly discovered evidence; such a motion is directed not at initial consideration but reconsideration, and is appropriate only if the court has obviously misapprehended a party's position, the facts, or applicable law, has mistakenly decided issues not presented for determination, or the moving party produces new evidence which it could not have obtained through the exercise of due diligence. *Anderson v. United Auto Workers*, 738 F.Supp. 441, 442 (D. Kan. 1989). A motion to reconsider is not "a second chance for the losing party to make its strongest case or to dress up arguments that previously failed." *Voelkel v. GMC*, 846 F.Supp. 1482 (D.Kan.), *aff'd*, 43 F.3d 1484 (10th Cir.

1994). The resolution of the motion is committed to the sound discretion of the court. *Hancock v. City of Oklahoma City*, 857 F.2d 1394, 1395 (10th Cir. 1988).

The court finds no basis for reconsideration, altering or amending the prior Order. Plaintiff's motion substantially replicates arguments which were or could have been advanced in response to the motion for summary judgment, and the court denies the relief sought.

IT IS ACCORDINGLY ORDERED this 2nd day of September, 2010, that the plaintiff's Motion to Alter or Amend (Dkt. 76) is hereby denied.

s/ J. Thomas Marten_____
J. THOMAS MARTEN, JUDGE